74 F.3d 1439w
 69 Fair Empl.Prac.Cas. (BNA) 1705,
70 Fair Empl.Prac.Cas. (BNA) 98,
67 Empl. Prac. Dec. P 43,868, 64 USLW 2487
 Barbara R. SHERIDAN, Appellant,
v.
E.I. duPONT de NEMOURS AND COMPANY; Jacques Amblard.
 No. 94-7509.
 United States Court of Appeals,
Third Circuit.
 Argued May 4, 1995.
Decided Jan. 31, 1996.
Order Granting Rehearing In Banc and Vacating Opinion Feb. 28, 1996.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION